1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN PADILLA,                          No.  2:15-cv-0494 WBS AC P (TEMP)

12                  Plaintiff,

13          v.                              ORDER

14   DEBRA M. CORNEZ,

15                  Defendant.

16

17          Plaintiff, a civil committee under California's Sexually Violent Predators Act, Cal. Welf.

18   & Inst. Code §§ 6600, et seq., has filed a civil rights action pursuant to 42 U.S.C. § 1983.  When

19   the alleged violations occurred, plaintiff was in the care and custody of the California Department

20   of State Hospitals in Fresno County, which is part of the Fresno Division of the United States

21   District Court for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

25   1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

26   forma pauperis.

27          Good cause appearing, IT IS HEREBY ORDERED that:

28          1.  This action is transferred to the United States District Court for the Eastern District of

California sitting in Fresno.

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: January 25, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2